UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO.: 8:24-cv-256-WFJ-SPF

GREENE BROOKINS V
_____/

## COMPETENCY ORDER

On July 11, 2025, the Court found there to be reasonable grounds to believe Defendant Greene Brookins V ("Brookins") may presently suffer from a mental disease or defect rendering him mentally incompetent to proceed to trial (Doc. 165). Consequently, the Court appointed Dr. Megan Stockamp to conduct an independent psychological examination of Brookins (*Id.*). Following the psychological examination on August 1, 2025, Dr. Stockamp filed her Forensic Psychological Evaluation (Doc. S-169). Dr. Stockamp concluded that Brookins is not suffering from a mental disease or defect rendering him mentally incompetent to proceed.

The Court conducted a hearing on August 28, 2025, to determine Brookins' competency. At the hearing, Brookins was specifically advised of his right to testify at the hearing. The government moved the Forensic Psychological Evaluation into evidence without objection. The parties stipulated to the findings of Dr. Stockamap. No other evidence or testimony was offered by either party. Based on the Court's independent review of the Forensic Psychological Evaluation and the Court's own observations at the hearing, the Court finds that Brookins is not presently suffering from a mental disease or

defect that renders him unable to understand the nature and consequences of the proceedings against him or to properly assist in his defense. 18 U.S.C. § 4241(d). As a result, Brookins is competent to proceed.

    **ORDERED** in Tampa, Florida, on August 28, 2025.

_____
SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE